EX 1

**From:** Dufour, Benjamin J. Benjamin.Dufour@va.gov 
**Subject:** RE: Info - CMOP Test Strip Acquisition - Questionable Source
**Date:** January 20, 2022 at 9:34 PM
**To:** Trey Sharpe trey@pccsmedical.com
**Cc:** Jackson, Loyd D. Loyd.Jackson@va.gov

Mr. Sharpe,

Thank you for your feedback. Unfortunately we don't know what we know, until someone such as yourself provides us information to make us aware they may be a potential issue. It was a learning lesson for not only my team but also myself as I was unaware that these things may be happening.

The good news is, we've been able to identify how to recognize it sooner, and make sure all offerors are playing on a level playing field.

Thank you again Sir for your feedback.

Benjamin DuFour, MBA
Division Chief, Network Contracting Office 15
3450 S 4th Street
Leavenworth, KS 66048
Phone: 913-684-0153

Buying for those who secured our freedom!

"INTEGRITY, COMMITMENT, ADVOCACY, RESPECT, and EXCELLENCE – these are our Core Values."
As our client, please take a few moments and let us know how we did by completing the attached SURVEY.



**U.S. Department of Veterans Affairs**
Veterans Health Administration
*Regional Procurement Office Central*

**From:** Trey Sharpe <trey@pccsmedical.com>
**Sent:** Thursday, January 20, 2022 10:13 AM
**To:** Dufour, Benjamin J. <Benjamin.Dufour@va.gov>
**Cc:** Jackson, Loyd D. <Loyd.Jackson@va.gov>
**Subject:** [EXTERNAL] Re: Info - CMOP Test Strip Acquisition - Questionable Source

Benjamin,

I wanted to reach out and send our thoughts. Your